UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BILLY L. GEAR,

    Petitioner,

v.                                                          Case No. 4:22-cv-374-MW-MJF

STATE OF FLORIDA,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

This habeas case, filed under 28 U.S.C. § 2254, is before the court upon referral from the clerk of the court. On December 2, 2022, this court ordered Petitioner to file a second amended petition—on the Northern District of Florida's § 2254 form—by January 2, 2023. Doc. 8. The court warned Petitioner that failure to comply with the order likely would result in dismissal of this case. *Id*.

Petitioner has not complied with this court's order and has not responded to the show cause order issued on January 12, 2023. Doc. 10. For these reasons, the undersigned respectfully **RECOMMENDS** that:

Page 1 of 2

1. This case be **DISMISSED** without prejudice for Petitioner's failure to prosecute and failure to comply with this court's orders.[1]

2. The clerk of court be directed to close this case file.

At Pensacola, Florida, this 27th day of February, 2023.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").