IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BILLY L. GEAR,**

   *Petitioner*,

v.   Case No.: 4:22cv374-MW/MJF

**STATE OF FLORIDA,**

   *Respondent.*
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 11, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's case is **DISMISSED without prejudice** for Petitioner's failure to prosecute and failure to comply with this Court's orders." The Clerk shall close the file.

**SO ORDERED on March 23, 2023.**

                                  **s/Mark E. Walker**
                                  **Chief United States District Judge**